DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERMAN SHAW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1859

[September 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case No. 96-023020CF10A.

Herman Shaw, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* *Graham v. Florida*, 560 U.S. 48 (2010), and *Miller v. Alabama*, 567 U.S. 460 (2012), do not apply to offenders eighteen years of age or older at the time of the offense. *Jean-Michel v. State*, 96 So. 3d 1043, 1045 (Fla. 4th DCA 2012).

DAMOORGIAN, LEVINE and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***